UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hector Ochoa,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>James H. Ryan, in his individual and representative capacity as trustee of the Ryan Family Trust;<br>Judith A. Ryan, in her individual and representative capacity as trustee of the Ryan Family Trust;<br>Islands Restaurants L.P., a Delaware Limited Partnership;<br>Chartwell Management Corp., Which Will Do Business In California As Charton Group, a Nevada Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-04826-CBM-JEM<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON [JS-6]** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 18, 2014         _/s/_

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT JUDGE